537 U.S. 1240
 CASTRO-CARDONA, AKA BRAVO-DOMINGUEZ
v.
UNITED STATES;
CONDE-COVARRUBIAS
v.
UNITED STATES;
DE LA TORRE-ALMEIDA
v.
UNITED STATES;
GUERRERO-CASTILLO
v.
UNITED STATES;
ROSALES-RODRIGUEZ
v.
UNITED STATES; and
VERGARA-ESTRADA
v.
UNITED STATES.
 No. 02-8709.
 Supreme Court of United States.
 March 3, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 409.